IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

KAY ROLAND                                                               PLAINTIFF

v.                             No. 1:11-cv-85-DPM

SHARP COUNTY POST 336
AMERICAN LEGION DEPARTMENT
OF ARKANSAS, OF HARDY, ARKANSAS, INC;
MORGAN-WILES POST NO. 336, THE AMERICAN
LEGION DEPARTMENT OF ARKANSAS; and
DONALD RATLIFF and HARRY MOORE, each
individually and d/b/a SHARP COUNTY POST 336
AMERICAN LEGION DEPARTMENT OF
ARKANSAS, OF HARDY, ARKANSAS, INC and/or
MORGAN-WILES POST NO. 336, THE AMERICAN
LEGION DEPARTMENT OF ARKANSAS          DEFENDANTS

ORDER

Motion to substitute counsel, *Document 27*, granted for good cause. Motion to stay discovery, *Document No. 29*, granted as modified: discovery responses due 31 July 2012. Motion to file a new complaint, *Document No. 32*, denied without prejudice. First, the bankruptcy case must be reopened. Second, the trustee must either get permission to hire Plaintiff's counsel or intervene. However things spin out, the proposed amended complaint is premature.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

18 June 2012