IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

KAREN "KAY" ROLAND and
JAMES C. LUKER, Trustee of the
Bankruptcy Estate of Karen Roland                                   PLAINTIFFS

v.                                  No. 1:11-cv-85-DPM

SHARP COUNTY POST 336
AMERICAN LEGION DEPARTMENT
OF ARKANSAS, OF HARDY, ARKANSAS, INC;
MORGAN-WILES POST NO. 336, THE AMERICAN
LEGION DEPARTMENT OF ARKANSAS; and
DONALD RATLIFF and HARRY MOORE, each
individually and d/b/a SHARP COUNTY POST 336
AMERICAN LEGION DEPARTMENT OF
ARKANSAS, OF HARDY, ARKANSAS, INC and/or
MORGAN-WILES POST NO. 336, THE AMERICAN
LEGION DEPARTMENT OF ARKANSAS                                        DEFENDANTS

ORDER

The parties' joint motion to dismiss based on their settlement, *Document No. 47*, is granted.  The Court declines to retain jurisdiction over the settlement agreement indefinitely.  It will, however, retain jurisdiction until 31 December 2012 to ensure consummation.  Thereafter, any party must seek enforcement in a court of competent jurisdiction, as the agreement provides.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

14 September 2012