IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

KAREN "KAY" ROLAND and
JAMES C. LUKER, Trustee of the
Bankruptcy Estate of Karen Roland                           PLAINTIFFS

v.                        No. 1:11-cv-85-DPM

SHARP COUNTY POST 336
AMERICAN LEGION DEPARTMENT
OF ARKANSAS, OF HARDY, ARKANSAS, INC;
MORGAN-WILES POST NO. 336, THE AMERICAN
LEGION DEPARTMENT OF ARKANSAS; and
DONALD RATLIFF and HARRY MOORE, each
individually and d/b/a SHARP COUNTY POST 336
AMERICAN LEGION DEPARTMENT OF
ARKANSAS, OF HARDY, ARKANSAS, INC and/or
MORGAN-WILES POST NO. 336, THE AMERICAN
LEGION DEPARTMENT OF ARKANSAS                              DEFENDANTS

## JUDGMENT

The Second Amended Complaint is dismissed with prejudice based on the parties' settlement. The Court retains jurisdiction to enforce the settlement until 31 December 2012.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

14 September 2012